**CIVIL MINUTES -- GENERAL**

Case No.    **EDCV 17-1939-JFW (KKx)**            Date: March 5, 2018

Title:    Feryad Zangana, et al. -*v*- Elaine Duke, et al.

**PRESENT:**

     **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

     As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of December 6, 2017, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for March 12, 2018, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

     IT IS SO ORDERED.